**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Tonya Spivey and Raymond Wallace, Defendants,

Of whom Tonya Spivey is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-001827

―――――――――

Appeal From York County
David G. Guyton, Family Court Judge

―――――――――

Unpublished Opinion No. 2025-UP-132
Submitted April 16, 2025 – Filed April 17, 2025

―――――――――

**AFFIRMED**

―――――――――

Kindle Kay Johnson, of K. Johnson Law Firm, LLC, of
Rock Hill, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Mitzi Campbell Williams, of Lexington, for the Guardian
ad Litem.

---

**PER CURIAM:** Tonya Spivey appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Spivey's counsel.

**AFFIRMED.**[1]

**KONDUROS, MCDONALD, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.